IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 3B INDUSTRIES, INC., an Oklahoma Corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>                Defendant. | Civil Action No. 6:16-cv-00353-SPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, 3B Industries, Inc., and Defendant, American Bankers Insurance Company of Florida, hereby stipulate and agree to dismiss the above-captioned action with prejudice and without costs to any party.

                PLAINTIFF, 3B INDUSTRIES, INC.

                By:   /s/ *David P. Page*
                         David Page
                         Leach & Sullivan, LLP
                         P.O. Box 160, 921 W. Main St.
                         Duncan, OK 73534-0160
                         Tel.: (580) 255-1111
                         Email: david@leachsullivan.com

                DEFENDANT, AMERICAN BANKERS
                INSURANCE COMPANY OF FLORIDA

                By:   /s/ *J. Derrick Teague*
                         J. Derrick Teague
                         Jennings Teague P.C.
                         204 N. Robinson, Suite 1000
                         Oklahoma City, OK 73102
                         Tel.: (405) 609-6000
                         Email: dteague@jenningsteague.com